Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com

JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY; AND DST
SYSTEMS, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Darrell Daniels,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**Standard Insurance Company; and DST Systems, Inc. Long Term Disability Plan,**<br><br>　　　　**Defendants.** | **Case No. 2:07-cv-02626 JAM EFB**<br><br>**STIPULATION TO EXTEND DEADLINES** |

　　　　WHEREAS, the parties plan to attempt to resolve the case informally and have scheduled a mediation on August 19, 2008;

　　　　WHEREAS, the parties are trying to preserve resources for settlement;

　　　　WHEREAS, adjusting court-ordered deadlines by approximately 60 days will allow the parties to preserve resources for settlement;

　　　　IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that current scheduling deadlines be adjusted as follows, or to such other dates as may suit the Court's calendar:  The deadline for filing Dispositive Motions will be September 19, 2008 with the hearing on such Motion to be October 22, 2008 at 9:00 AM; the Pre-Trial Conference will be December 1, 2008 and the Trial will commence February 2, 2009.

SFI-585346v1                                                                                          Stipulation to Extend Deadlines; 2:07-cv-02626-LEW-JAM

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO STIPULATED.

2    Dated:June _, 2008                          Respectfully submitted,

3                                                Jones Day

4

5                                                By:  /s/ Emily Booth
                                                 Emily E. Booth
6
                                                 Counsel for Defendants
7                                                STANDARD INSURANCE COMPANY; AND
                                                 DST SYSTEMS, INC. LONG TERM DISABILITY
8                                                PLAN STANDARD INSURANCE COMPANY

9

10   Dated:June _, 2008                          Kantor & Kantor, LLP

11

12                                               By:  /s/ Alan E. Kassan (as authorized on 6/18/08)
                                                 Alan E. Kassan
13

14                                               Counsel for Plaintiff
                                                 DARRELL DANIELS
15

16       IT IS HEREBY ORDERED, as amended by the court,  that  the deadline for filing

17   Dispositive Motions will be October 8, 2008 with the hearing on such Motion to be November 5,

18   2008 at 9:00 AM ; the Pre-Trial Conference will be December 19, 2008 at 2:00 p.m.; and the

19   Trial will commence February 9, 2009 at 8:30 a.m.

20

21   Dated:  June 19, 2008

22
                                                 By:/s/ John A. Mendez
23                                                   The Honorable John A. Mendez
                                                     United States District Court Judge
24

25

26

27

28

Stipulation to Extend Deadlines; 2:07-cv-02626-LEW-JAM

-2-

PDF created with pdfFactory trial version www.pdffactory.com