Glenn R. Kantor, Esq. State Bar No. 122643
   E-mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq.  State Bar No. 113864
   E-mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone No.:  (818) 886-252
Facsimile No.:   (818) 350-6272
Attorneys for Plaintiff
DARRELL DANIELS


Shawn Hanson, Esq. State Bar No. 109321
   E-mail: shanson@jonesday.com
Katherine S. Ritchey, State Bar No. 178409
   E-mail: ksritchey@jonesday.com
Emily E. Booth, Esq., State Bar No.  248008
   E-mail: ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone No.: (415) 626-3939
Facsimile No.:   (415) 875-5700
Attorneys for Defendants
STANDARD INSURANCE COMPANY; AND DST SYSTEMS, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Darrell Daniels,<br><br>          vs.<br><br>Standard Insurance Company; and DST Systems, Inc. Long Term Disability Plan,<br><br>          Defendants. | CASE NO: CV07-02626 JAM EFB<br><br>[*Honorable John a. Mendez*]<br><br>STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER<br><br>Complaint Filed: December 6, 2007 |

1

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Darrell Daniels and Defendants Standard Insurance Company and DST Systems, Inc. Long Term Disability Plan, by and through their respective attorneys of record, that the above referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

DATED: September 11, 2008          KANTOR & KANTOR, LLP


                                   By:  /s/   Alan E. Kassan
                                        Alan E. Kassan
                                        Attorney for Plaintiff
                                        Darrell Daniels



DATED: September 11, 2008          JONES DAY


                                   By:  /s/ Emily Booth (as authorized on 9/11/08)
                                        Emily E. Booth
                                        Attorney for Defendants
                                        Standard Insurance Company; and DST
                                        Systems, Inc. Long Term Disability Plan


**ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

1  IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its
2 entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil
3 Procedure 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.
4
5  IT IS SO ORDERED.
6
7 DATED:   September 11, 2008

/s/ John A. Mendez
Honorable John A. Mendez
United States District Judge